UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

Ariel Barel
114 Warbler Drive
Wayne, NJ 07470
973-460-4444
abar4444@gmail.com

In Re: Ariel Barel
*[Enter the debtor's name(s)]*

Case No.: 19-02137
*[Enter the case number]*

Chapter: 7
*[Enter the chapter; example: 13]*

Judge: John Sherwood
*[Enter the Judge's last name]*

## APPLICATION TO WAIVE THE FEE TO ~~REOPEN BANKRUPTCY CASE~~ Appeal

I, *[Enter the debtor's name]* Ariel Barel, am the debtor in this case and submit this application in support of my request to waive the reopening fee. I am fully familiar with my case, and certify as follows:

1. I filed for bankruptcy on: *[Enter the date you filed your petition]* 1-23-2019.

2. When I filed my petition, my average monthly income was: *[Enter the amount of your average monthly income from Schedule I]* $ 800.00, and my average monthly expenses were: *[Enter the amount of your average monthly expenses from Schedule J]* $ 760.00.

3. As a result, I:

☐ did not request a waiver of the Chapter 7 Filing Fee.

☐ requested a waiver of the Chapter 7 Filing Fee and the request was GRANTED.

☐ requested a waiver of the Chapter 7 Filing Fee and the request was DENIED.

4. As of the date of this application, my monthly income is: *[Enter the amount of your current monthly income]* $ 600.00 , and my current monthly expenses are: *[Enter the amount of your current monthly expenses]* $ 700.00 .

5. If the monthly income and/or monthly expenses have changed since the time I filed for bankruptcy, the reason for the change is: Was evicted from my house unable to make a living, lost my place of work at home.

6. I ☐ do ☒ do not expect the monthly income or expenses to change by more than 10% during the next six (6) months. If you do expect your monthly income or expenses to change by more than 10%, please explain: _____

7. I do not presently have cash or assets from which I can pay the fee to reopen my case.

I certify under penalty of perjury that the foregoing statements are true.

Date: 1-14-2020            *[signature]*
                           Signature of Debtor

Date: _____      _____
                           Signature of Joint Debtor (if any)