# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 7 |
| Ariel Barel -v- Fannie Mae | Case Number: 19-11416-JKS |
| | Civil Number: |
| | Adversary Number: 19-2137-JKS |
| | Bankruptcy Judge: John K. Sherwood |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☐ Order being Appealed    ☐ Designation of Record on Appeal
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal  ☐ Certification of Failure to File Designation  ☐ Motion to Withdraw the Reference
☒ Other  ORDER NOT YET ON DOCKET. (DISMISSAL OF ADVERSARY COMPLAINT HEARD 1-7-20

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Ariel Barel | Appellee(s): | Federal National Mortgage Assoc. |
| Attorney: | Pro-Se | Attorney: | Phelan Hallinan Diamond & Jones, PC |
| Address: | 114 Warbler Drive | Address: | 1617 JFK Blvd |
| | Wayne, NJ 07470 | | Philadelphia, PA 19103 |

Title of Order Appealed:   ORDER NOT ON DOCKET. (DISMISSAL OF ADVERSARY COMPLAINT HEARD 1-7-20

Date Entered On Docket: _____

☐   An appeal has not previously been filed in this case.

☐   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: 20-cv-501 (ES)    Judge assigned: Hon. Esther Salas
By: Leroy Dunbar    Date: 1/15/2020

*rev. 8/28/17*