| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>835143<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Federal National Mortgage Association |
| Ariel Barel<br>    Debtor<br><br>Ariel Barel<br>    Plaintiff<br><br>        v.<br><br>Federal National Mortgage Association<br>    Defendant |

District Case 20-cv-00501

Adversary Complaint 19-02137

Case No: 19-11416 JKS

Hearing Date: January 7, 2020

Judge: John K. Sherwood

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FED.R.BANKR.P. 8009 FILED BY APPELLEE, FEDERAL NATIONAL MORTGAGE ASSOCIATION**

    Appellee, FEDERAL NATIONAL MORTGAGE ASSOCIATION (hereinafter referred to as "Fannie Mae"), by its attorneys Phelan Hallinan Diamond & Jones, PC, hereby designates the following additional items to be included in the record on Appeal pursuant to Fed.R.Bankr.P.8009(a)(2):

1. Adversary Docket ("Adv. Doc.") # 1- Adversary Complaint
2. Adv. Doc. #2- Summons Issued to Ariel Barel
3. Adv. Doc. #3- Certificate of Service
4. Adv. Doc. #5- Document re: Plaintiff's request for and Adjournment
5. Adv. Doc. #9- Application re: Waive the Fee for Notice of Appeal
6. Adv. Doc. #10- Transmittal of Record on Appeal to U.S. District Court
7. Adv. Doc. #11- Notice of Docketing Record on Appeal to District Court
8. Adv. Doc. #12- Appellant's Designation of Record on Appeal
9. Adv. Doc. #13- Order Concerning Application to Waive Appeal Fee
10. Adv. Doc. #14- BNC Certificate of Notice

11. Adv. Doc. #15- Appellant's Designation of Record on Appeal
12. Adv. Doc. #16- Certificate of Service of the Motion to Dismiss
13. Adv. Doc. #17- Order Granting Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6).
14. Adv. Doc. #18- BNC Certificate of Notice
15. Bankruptcy Docket ("Bankr. Doc.") #1- Chapter 7 Voluntary Petition
16. Bankr. Doc. #12- Motion for In Rem Relief from the Automatic Stay
17. Bankr. Doc. #13- Notice of Appearance and Request for Service
18. Bankr. Doc. #26- Notice of Proposed Abandonment re: Real Property located at 114 Warbler Drive, Wayne, New Jersey
19. Bankr. Doc. #27- Objection/Opposition to Motion for In Rem Relief from the Automatic Stay
20. Bankr. Doc. #28- BNC Certificate of Notice
21. Bankr. Doc. #29- BNC Certificate of Notice
22. Bankr. Doc. #32- BNC Certificate of Notice
23. Bankr. Doc. #33- Order Discharging Debtor
24. Bankr. Doc. #34- BNC Certificate of Notice
25. Bankr. Doc. #35- Certification of No Objection in re: Abandonment re: Real Property located at 114 Warbler Drive, Wayne, New Jersey
26. Bankr. Doc. #36- Objection to Notice of Proposed Abandonment re: Real Property located at 114 Warbler Drive, Wayne, New Jersey
27. Bankr. Doc. #37- Response to Certification of No Objection in re: Abandonment
28. Bankr. Doc. #38- Order Approving Trustees Abandonment of Real Property
29. Bankr. Doc. #39- BNC Certificate of Notice
30. Bankr. Doc. #40- BNC Certificate of Notice
31. Bankr. Doc. #41- Final Decree
32. Bankr. Doc. #42- Motion re: For an Injunction or an Order to Enforce the Automatic Stay
33. Bankr. Doc. #43- Hearing Scheduled re: Motion re: For an Injunction or an Order to Enforce the Automatic Stay
34. Bankr. Doc. #44- BNC Certificate of Service
35. Bankr. Doc.#45- Response to Motion re: For an Injunction or an Order to Enforce the Automatic Stay
36. Bankr. Doc. #46- Response to Response to Motion re: For an Injunction or an Order to Enforce the Automatic Stay
37. Bankr. Doc. #47- Adversary Case 19-02056

38. Bankr. Doc. #48- Adversary Case 19-02057

39. Bankr. Doc. #49- Adversary Case 19-02063

40. Bankr. Doc. #47- Adversary Case 19-02056

41. Bankr. Doc. #54- Order Denying Motion re: Injunction or an Order to Enforce the Automatic Stay

42. Bankr. Doc. #55- Order Granting In Rem Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(4) and Relief from the Stay to Divest Debtor of Possessory Interest

43. Bankr. Doc.#59- Transcript Regarding Hearing Held 07/16/19

44. Bankr. Doc. #60- BNC Certificate of Service

45. Bankr. Doc.#67- Transcript Regarding Hearing Held 07/30/19

46. Bankr. Doc.#68- Transcript Regarding Hearing Held 04/9/19

47. Bankr. Doc. #69- BNC Certificate of Service

48. Bankr. Doc. #70- BNC Certificate of Service

49. Bankr. Doc. #71- Adversary Case 19-02137

50. Bankr. Doc. #72- Notice of Appearance and Request for Service of Notice

51. Bankr. Doc. #73- Document re: Declaration of Ariel Barel

52. Bankr. Doc. #75- BNC Certificate of Service

Respectfully Submitted,

Dated: 2/10/20

/s/ Sherri J. Smith, Esquire
Sherri J. Smith, Esquire, Id. No. 18002002
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: (856) 813-5500 Ext. 47923
Fax: 856-813-5501
Email: sherri.smith@phelanhallinan.com